PHILLIP A. TALBERT
Acting United States Attorney
PHILIP A. SCARBOROUGH (SBN 254934)
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
Philip.Scarborough@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORCAL NURSERY, INC.,<br><br>                    Plaintiff,<br><br>           v.<br><br>UNITED STATES,<br><br>                    Defendant. | CASE NO. 2:20-CV-00868-MCE-DMC<br><br>**ORDER**<br><br>JUDGE:     Hon. Morrison C. England, Jr. |

Having reviewed Defendant United States' request for an extension of 28 days to file a responsive pleading, along with its representation that counsel for Plaintiff agrees with the requested extension, and good cause appearing, Defendant's request (ECF No. 16) is GRANTED. The United States shall file a responsive pleading on or before August 23, 2021.

IT IS SO ORDERED.

Dated: July 26, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1