1  PHILLIP A. TALBERT
   United States Attorney
2  PHILIP A. SCARBOROUGH (SBN 254934)
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5  Philip.Scarborough@usdoj.gov

6  Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORCAL NURSERY, INC., | CASE NO. 2:20-CV-00868-MCE-DMC |
| Plaintiff, | ORDER |
| v. | JUDGE: Hon. Morrison C. England, Jr. |
| UNITED STATES, | |
| Defendant. | |

Plaintiff NorCal Nursery, Inc. ("NorCal"), and defendant the United States have jointly requested that the Court modify the scheduling order (Dkt. 20) to continue the close of fact discovery to August 31, 2023, with other deadlines adjusted accordingly. For the reasons set forth in the parties' request, good cause for the modification exists and the request is GRANTED.

The parties shall comply with the following schedule:

| | |
|---|---|
| Fact discovery cutoff: | August 31, 2023 |
| Expert disclosure deadline: | September 29, 2023 |
| Supplemental expert disclosure deadline: | October 31, 2023 |
| Close of all discovery: | November 30, 2023 |
| Dispositive motion filing deadline | December 29, 2023 |

A Joint Notice of Trial Readiness is due 30 days after the parties receive the Court's ruling on the last-filed dispositive motion, or, if no party intends to file a dispositive motion, 30 days after the deadline for supplemental expert disclosure.

ORDER                                                              1

All other terms of the Court's Initial Pretrial Scheduling Order dated April 28, 2020 (Dkt 5) remain in effect.

IT IS SO ORDERED.

Dated: November 16, 2022

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE