PHILLIP A. TALBERT
United States Attorney
PHILIP A. SCARBOROUGH (SBN 254934)
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900
Philip.Scarborough@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORCAL NURSERY, INC., | CASE NO.  2:20-CV-00868-MCE-DMC |
| Plaintiff, | ORDER |
| v. | JUDGE:        Hon. Morrison C. England, Jr. |
| UNITED STATES, et al., | |
| Defendants. | |

Plaintiff NorCal Nursery, Inc., and defendant the United States have requested that the Court enter an order referring this matter to a settlement conference with Magistrate Judge Kendall J. Newman and vacating the current scheduling order pending the settlement conference, with a joint status report due 21 days after the conclusion of the settlement conference.  Good cause appearing, the request is GRANTED.

This matter is referred to U.S. Magistrate Judge Kendall J. Newman for a settlement conference. The parties shall contact Judge Newman's chambers to schedule the settlement conference.

///

///

///

///

///

///

ORDER                                                    1

1    The current scheduling order is vacated pending the outcome of the settlement conference.  No

2  later than 21 days after the conclusion of the settlement conference, the parties shall file a joint status

3  report with a proposed schedule for the resumption of discovery if necessary.

4    IT IS SO ORDERED.

5

6  Dated:  July 14, 2023

7

8  MORRISON C. ENGLAND, JR.
   SENIOR UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28