SHEPPARD, MULLIN, RICHTER & AMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
CHRISTOPHER VAN GUNDY, Cal. Bar No. 152359
MORGAN P. FORSEY, Cal. Bar No. 241207
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947
Email:    cvangundy@sheppardmullin.com
           mforsey@sheppardmullin.com

MCCARTHY, LEONARD & KAEMMERER, L.C.
PETER A. CORSALE, Missouri Bar No. 57220 (admitted *pro hac vice*)
825 Maryville Centre Drive, Suite 300
Town & Country, Missouri 63017-5946
Telephone:    314.392.5200
Facsimile:    314.392.5221
Email:    pcorsale@mlklaw.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORCAL NURSERY, INC.,<br><br>               Plaintiff,<br><br>           v.<br><br>UNITED STATES, et al.<br><br>               Defendant. | CASE NO.  2:20-CV-00868-MCE-DMC<br><br>**ORDER OF DISMISSAL** |

      Having resolved all outstanding claims, the instant matter is hereby DISMISSED in its entirety with prejudice. Each party to bear their own costs.

      IT IS SO ORDERED.

Dated:  March 21, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL      1